IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BILLY MACK NICHOLS, JR.,
ADC #92713                                                                PLAINTIFF

v.                                    No. 2:16-cv-91-DPM

DRUMMOND, APN, East Arkansas Regional
Unit, ADC; STIEVE, Doctor/Medical Director,
EARU; BUTLER, Doctor, EARU; SIMMONS,
APN, EARU; and ARKANSAS DEPARTMENT
OF CORRECTION, Medical Deaprtment, EARU          DEFENDANTS

JUDGMENT

Nichols's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
7 July 2016